IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN ANTHONY REESE,<br><br>    Defendant.                       / | No. CR 09-00779 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

Defendant Jason Anthony Reese's plea of guilty is accepted by the Court as to Count Two (2)of the Indictment charging Defendant John Anthony Reese with Distribution of N-Benzylpiperazine in violation of 21 U.S.C. § 841 (a)(1), (b)(1)(C).  Sentencing is set for Wednesday, October 6, 2010.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 8/6/2010

                                        CLAUDIA WILKEN<br>                                      United States District Judge

cc:  DMR, Sue